# TIN FULTON WALKER & OWEN

**MEMO ENDORSED**

July 13, 2026

Honorable Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Jorgensen 26CR006

Dear Judge Failla:

I represent Paul Jorgensen, whom Your Honor sentenced on May 21, 2026, in the above-referenced matter. Pursuant to the Court's order, Mr. Jorgensen surrendered on Tuesday July 7, 2026, to commence his sentence at the FCI-Otisville. At his initial arraignment in this matter, Mr. Jorgensen surrendered his passport to the Pre-Trial Services Agency and was released on a recognizance bond in the amount of $2,532,775.00 secured by his primary residence and two financially responsible persons. Now that Mr. Jorgensen has surrendered to serve his sentence, and has otherwise complied fully with the terms of his release on bail, we respectfully request that the Court (i) order the Clerk of the Court to release the secured interest on Mr. Jorgensen's residence and the obligation of the financially responsible persons who cosigned on his behalf, and (ii) order that the Pre-Trial Services Agency return Mr. Jorgensen's passport to either his wife or Tin Fulton Walker and Owen.

As always, Your Honor's consideration of this request is appreciated.

Respectfully submitted,

C. Melissa Owen

Cc: Alexandra Rothman

Noell P. Tin
º Shirley L. Fulton
* Nancy E. Walker
C. Melissa Owen
Vernetta Alston
Zachary Ezor
Emily D. Gladden
* John W. Gresham
Gagan Gupta
S. Luke Largess
Daniel A. Lewis
Lauren O. Newton
Matthew G. Pruden
Abraham Rubert-Schewel
Courtney H. Smith
Jennifer D. Spyker
Margaret Teich
Caroline G. Wakefield

** Of Counsel*
*º Deceased*

301 E. PARK AVENUE
CHARLOTTE, NC 28203
tel 704.338.1220
fax 704.338.1312

www.tinfulton.com

Application GRANTED.

Pretrial Services is directed to return Mr. Jorgensen's passport to either his wife or his counsel at Tin Fulton Walker and Owen.

The Clerk of Court is directed to release the secured interest on Mr. Jorgensen's residence and the obligation of the financially responsible persons who cosigned on his behalf.

The Clerk of Court is further directed to terminate the pending motion at docket entry 23.

Dated: July 14, 2026
New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE